**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6102**

JONATHAN EUGENE BRUNSON,

            Plaintiff - Appellant,

        v.

STATE OF NORTH CAROLINA; NORTH CAROLINA DEPARTMENT OF JUSTICE; OFFICE OF THE DISTRICT ATTORNEY; OFFICE OF THE 12TH JUDICIARY,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:17-ct-03083-D)

Submitted:  May 17, 2018                    Decided:  May 21, 2018

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jonathan Eugene Brunson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Eugene Brunson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brunson v. North Carolina*, No. 5:17-ct-03083-D (E.D.N.C. Oct. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*